ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRANNAN,<br><br>                         Plaintiff,<br><br>vs.<br><br>BAC HOME LOAN SERVICING, LP; DOES I through X, inclusive; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX,<br><br>                         Defendants. | Case No.: 2:10-cv-01610-KJD-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff MICHAEL BRANNAN and Defendant BAC HOME LOANS SERVICING, LP, hereby stipulate to dismiss this matter without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{LV011584;1}                                                            1

1   Each party shall bear their own attorney's fees and costs. The parties further stipulate to
2   vacate all pending motions and hearings.
3   No trial date has been scheduled in this matter.

4   Dated this 15 day of October, 2010.   Dated this 26th day of October, 2010.
5   AKERMAN SENTERFITT LLP

6   /s/ Michael Brannan   /s/ Ariel E. Stern
    MR. MICHAEL BRANNAN   ARIEL E. STERN
7   P.O. Box 751104   Nevada Bar No. 8276
    Las Vegas, Nevada 89136   DIANA S. ERB, ESQ.
8   Nevada Bar No. 10580
9   2204 Night Parrot Avenue   400 South Fourth Street, Suite 450
    North Las Vegas, Nevada 89148   Las Vegas, Nevada 89101

    *Plaintiff in Proper Person*   *Attorneys for Defendant*

    **IT IS SO ORDERED.**

    _____
    **UNITED STATES DISTRICT JUDGE**
    Date: 10/27/10

(LV011584;1)   2