ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRANNAN,<br><br>                Plaintiff,<br><br>vs.<br><br>BAC HOME LOAN SERVICING, LP; DOES I through X, inclusive; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX,<br><br>                Defendants. | Case No.: 2:10-cv-01610-KJD-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

       This Court granted Defendant BAC Home Loans Servicing LP and Plaintiff Michael Brannan's Stipulation of Dismissal without Prejudice on October 27, 2010 [Dkt. No. 9].

       Defendant further requests that the lis pendens currently recorded against the subject property by Plaintiff Michael Brannan ("Plaintiff") be canceled.

       The Court finds that Plaintiff recorded a Notice of Lis Pendens Affecting Real Property ("Lis Pendens") on or about August 24, 2010, in Book No. 20100824 as Instrument No. 0000461 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto and fully incorporated by reference.

/ / /

/ / /

/ / /

/ / /

{LV012128;1}                                1

UPON CONSIDERATION of Defendant's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

UNITED STATES DISTRICT JUDGE

Dated : 11/23/2010

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Ariel E. Stern
ARIEL E STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendant*

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Inst #: 201008240000461
Fees: $15.00
N/C Fee: $0.00
08/24/2010 09:46:17 AM
Receipt #: 475346
Requestor:
MICHAEL BRANNAN
Recorded By: GWC   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 124-17-717-032

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Lis Pendens

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

Recording Requested By:
Elizabeth MacDowell

Return Documents To:
Name Michael Brannan
Address PO Box 75104
City/State/Zip LV, NV 89136

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

1  ACOMP
   MICHAEL BRANNAN
2  PO BOX 751104
   Las Vegas, Nevada 89136
3  Telephone (702) 642-6979
   Plaintiff In Proper Person
4

FILED
Aug 24  9 31 AM '10

5              DISTRICT COURT
               CLARK COUNTY, NEVADA
6

7  MICHAEL BRANNAN,                )    CASE NO.: A-10-623691-C
                                    )    DEPT. NO.: VI
8                                   )
              Plaintiff,            )
9                                   )    COMPLAINT
   v.                               )
10                                  )    ARBITRATION
   BAC HOME LOAN SERVICING, LP;     )    EXEMPTION
11 DOES I-X, inclusive; and ROE     )    CLAIMED: In Rem Action
   CORPORATIONS XI-XX,              )    Seeking Extraordinary Relief
12                                  )
              Defendants.           )
13 _____)

14              **NOTICE OF PENDENCY OF ACTION**

15      **NOTICE IS GIVEN** that the above-entitled action was filed in the above-entitled court on

16  August 24, 2010   by Plaintiff MICHAEL BRANNAN against Defendant BAC HOME LOAN

17  SERVICING, LP, et al.

18      The action affects the title to the specific real property which has the following legal

19  description:

20      Unit 9 Phase 2 of Sun City Aliante, Lot 88, Block 3, as shown by map thereof in Plat
        Book 126, Page 23, in the Office of the County Recorder of Clark County, Nevada..
21
        commonly known as 2204 Night Parrot Avenue, North Las Vegas, NV 89148,
22      Assessor's Parcel No. 124-17-717-032

23      DATED this 24 day of August, 2010.

24                                          _____
                                            MICHAEL BRANNAN
25                                          PO BOX 751104
                                            Las Vegas, Nevada 89136
26                                          Telephone (702) 642-6979
                                            Plaintiff In Proper Person
27  SUBSCRIBED AND SWORN before me this
    24 Day of August, 2010.
28  _____
    NOTARY PUBLIC

MARVIN LEHRER
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-01-2012
Certificate No: 00-62883-1

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

_____
CLERK OF THE COURT

AUG 24 2010